Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−19654−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Haile P. Perez
127 Schaffer Ave
Cedarville, NJ 08311

Rosalba M. Perez
127 Schaffer Ave
Cedarville, NJ 08311

Social Security No.:
xxx−xx−1222

xxx−xx−2334

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on September 7, 2023.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 7, 2023
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 22-19654-JNP
Haile P. Perez                                                                                  Chapter 13
Rosalba M. Perez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 3
Date Rcvd: Sep 07, 2023        Form ID: 148        Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Haile P. Perez, Rosalba M. Perez, 127 Schaffer Ave, Cedarville, NJ 08311-2207 |
| cr | + | Global Lending Services LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 519785305 | + | Bridgeton Ionized FCU, 524 N PEARL ST PO BOX 280, Bridgeton, NJ 08302-0214 |
| 519785306 | | Bridgeton Onized Credit Union, 524 Pearl St N, Bridgeton, NJ 08302-1310 |
| 519887295 | + | Bridgeton Onized Federal Credit Union, 524 N. Pearl Street, Bridgeton, NJ 08302-1310 |
| 519819664 | ++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999 address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519785315 | ++ | LAWRENCE TWP TAX COLLECTOR, PO BOX 580, CEDARVILLE NJ 08311-0580 address filed with court:, Lawrence Township Tax Collector, P.O. Box 580, 357 Main Street, Cedarville, NJ 8311 |
| 519821339 | + | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519785319 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 07 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 07 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: flyersprod.inbound@axisai.com | Sep 07 2023 20:47:00 | Embrace Home Loans, Inc., c/o Rushmore Loan Management Services, 15480 Laguna Canyon Rd., Ste. 100, P.O. Box 52708, Irvine, CA 92619-2708 |
| 519825418 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 07 2023 20:47:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings, Inc., Bankruptcy Divisio, Penns Grove, NJ 08069-3600 |
| 519832853 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 07 2023 20:47:00 | Atlantic City Electric Company, Bankruptcy Division, 5 Collins Drive, Suite 2133/Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519785307 | + | EDI: WFNNB.COM | Sep 08 2023 00:30:00 | COMENITYBANK/VICTORIASSECRET, PO BOX 182789, Columbus, OH 43218-2789 |
| 519785308 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 07 2023 20:51:44 | CREDIT ONE BANK, 6801 S. CIMARRON ROAD, Las Vegas, NV 89113-2273 |
| 519835088 | | Email/Text: flyersprod.inbound@axisai.com | Sep 07 2023 20:47:00 | Embrace Home Loans, Inc., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 519785309 | + | EDI: AMINFOFP.COM | Sep 08 2023 00:30:00 | First Premier, 3820 N. Lousie Ave, Sioux Falls, SD 57107-0145 |
| 519785310 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |

Case 22-19654-JNP    Doc 33    Filed 09/09/23    Entered 09/10/23 00:17:09    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 07, 2023 | Form ID: 148 | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 07 2023 20:46:00 | Fortiva MC/TBOM, 5 Concourse Parkway Suite 400, Atlanta, GA 30328-9114 |
| 519785311 | | Email/Text: bankruptcy@glsllc.com | Sep 07 2023 20:46:00 | GLOBAL LENDING SERVICES, 1200 BROOKFIELD BLVD SUITE 300, Greenville, SC 29607 |
| 519809596 | | Email/Text: bankruptcy@glsllc.com | Sep 07 2023 20:46:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 519785314 | | EDI: IRS.COM | Sep 08 2023 00:30:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519819664 | | EDI: JEFFERSONCAP.COM | Sep 08 2023 00:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519787684 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2023 20:51:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519809764 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 07 2023 20:51:21 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519785316 | + | EDI: CBS7AVE | Sep 08 2023 00:30:00 | Monroe & Main, 1112 7th Ave, Monrose, WI 53566-1364 |
| 519785317 | ^ | MEBN | Sep 07 2023 20:40:58 | Office Of The Attorney General, 22 Market Street, PO Box 112, Div Of Law, Richard J Hughes Justice Com, Trenton, NJ 08625-0112 |
| 519801479 | | EDI: PRA.COM | Sep 08 2023 00:30:00 | Portfolio Recovery Associates, LLC, c/o Justice, POB 41067, Norfolk VA 23541 |
| 519836570 | | EDI: PRA.COM | Sep 08 2023 00:30:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519821339 | + | EDI: JEFFERSONCAP.COM | Sep 08 2023 00:30:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519796378 | | EDI: Q3G.COM | Sep 08 2023 00:30:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519786464 | | EDI: Q3G.COM | Sep 08 2023 00:30:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519785318 | ^ | MEBN | Sep 07 2023 20:41:52 | RoundPoint Mortgage Servicing Corp, PO Box 19409, Charlotte, NC 28219-9409 |
| 519785907 | + | EDI: RMSC.COM | Sep 08 2023 00:30:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519785320 | + | Email/Text: kmattingly@bankofmissouri.com | Sep 07 2023 20:47:00 | TBOM- Milestone, 216 W 2nd St, Dixon, MO 65459-8048 |
| 519828454 | + | EDI: AIS.COM | Sep 08 2023 00:30:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| poa | *+ | Rosalba M. Perez, 127 Schaffer Ave, Cedarville, NJ 08311-2207 |
| 519785312 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519785313 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2023           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Embrace Home Loans Inc. dnj@pbslaw.org |
| Seymour Wasserstrum | on behalf of Joint Debtor Rosalba M. Perez mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Haile P. Perez mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Power of Attorney Rosalba M. Perez mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Stuart H. West | on behalf of Creditor Embrace Home Loans Inc. swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10